SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
PAUL BERKOWITZ, Cal. Bar No. 251077
pberkowitz@sheppardmullin.com
MICHAEL T. CAMPBELL, Cal. Bar No. 293376
mcampbell@sheppardmullin.com
RAYMOND J. NHAN, Cal. Bar No. 306696
rnhan@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone:  310.228.3700
Facsimile:   310.228.3701

Attorneys for Defendant,
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEKODA MATTOX-HALL, an individual,<br><br>            Plaintiff,<br><br>     vs.<br><br>WELLS FARGO BANK, N.A.; and DOES 1 through 50, inclusive.<br><br>            Defendants. | Case No. 8:22−cv−01662-DOC-DFM<br><br>Assigned to: Hon. Douglas F. McCormick<br><br>**ORDER RE JOINT STIPULATED PROTECTIVE ORDER**<br><br>*[Filed concurrently with the Joint Stipulation and Protective Order]* |

1 | **<u>PROTECTIVE ORDER</u>**

2 | **GOOD CAUSE APPEARING,** the Court hereby approves this Stipulation
3 and Protective Order.

4 | **IT IS SO ORDERED.**

6 | Dated: November 1, 2022     By: _____
7 | THE HONORABLE DOUGLAS F. McCORMICK
  | UNITED STATES DISTRICT COURT JUDGE